UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAM SARKIS | Case Number: 1:10-cv-02017 |
| Plaintiff | |
| vs. | |
| FINANCIAL ASSISTANT INCORPORATED | |
| Defendant | |

## STIPULATION OF DISMISSAL

AND NOW, this 7th day of December, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed without prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Fineman, Krekstein & Harris, P.C.

BY: /s/ *Richard J. Perr*
Richard J. Perr, Esquire
Attorney for Defendant