# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAM SARKIS** | : Civil Action No. 1:CV-10-2017 |
| **Plaintiff** | : |
| v. | : (Chief Judge Kane) |
| **FINANCIAL ASSISTANT INC.** | : |
| **Defendant** | : |

## ORDER

**AND NOW**, this 8th day of December, 2010, upon consideration of the filing of a Stipulation of Dismissal (Doc. No. 7), **IT IS ORDERED THAT** the above case is **DISMISSED** without prejudice.

s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court